**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OLIVISTAR, LLC | § | |
| | § | |
| V. | § | Case No. 2:14-CV-399-JRG-RSP |
| | § | |
| GENERAL ELECTRIC COMPANY | § | |

**ORDER**

The undersigned hereby recuses himself with regard to the above entitled and numbered civil action.

**So ORDERED and SIGNED this 24th day of April, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE